UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

FILED
CLERKS OFFICE

2005 APR -8  P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas**, Program,

         Plaintiff,

-against-

THADDEUS PELEZAR a/k/a TEDDY PELSER, Individually, and as officer, director, shareholder and/or principal of BERKELEY SOCIAL CLUB, INC. d/b/a BERKELEY SOCIAL CLUB, and BERKELEY SOCIAL CLUB, INC. d/b/a BERKELEY SOCIAL CLUB;

         Defendants.

Civil Action No.

**05 CV 10706 RCL**

---

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **GARDEN CITY BOXING CLUB, INC.,** and said corporation's securities are not publicly traded.

Dated: April 4, 2005
      Ellenville, New York

GARDEN CITY BOXING CLUB, INC.

By: _____
WAYNE D. LONSTEIN, ESQ..
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
*Our File No. 03-5MA-02G*