UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the May 3, 2003
DeLaHoya/Campas, Program,

          Plaintiff,

-against-

THADDEUS PELEZAR a/k/a TEDDY PELSER, Individually, and as officer, director, shareholder and/or principal of BERKELEY SOCIAL CLUB, INC. d/b/a BERKELEY SOCIAL CLUB, and BERKELEY SOCIAL CLUB, INC. d/b/a BERKELEY SOCIAL CLUB;

          Defendants.

---

**STIPULATION OF
DISMISSAL PURSUANT
TO FED. R. CIV. P. 41(a)(2)**

Civil Action No. 05-CV-10706-RCL-MBB

IT IS HEREBY STIPULATED AND AGREED to by and between the parties herein that the above entitled action is hereby discontinued with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated:  June 29, 2005

By: /s/ Wayne D. Lonstein
WAYNE D. LONSTEIN, ESQ.
*Attorney for Plaintiff*
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277
*Our File No.  03-5MA-02G*

1

Dated: June 29, 2005

By: /s/ James M. Bowers
JAMES M. BOWERS, ESQ.
*Attorney for Defendants*
261 Common Street
Lawrence, MA 01840
Telephone: (978)686-8262
Facsimile:  (978)681-8550

**SO ORDERED**, dated this ___ day of _____, 2005.

_____
HON. REGINALD C. LINDSAY
Judge, United States District Court